UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORIO FUNTANILLA, JR., | ) | 1:10-CV-01946 GSA HC |
| | ) | |
| Petitioner, | ) | ORDER TO SHOW CAUSE WHY PETITION |
| | ) | SHOULD NOT BE DISMISSED FOR |
| v. | ) | FAILURE TO COMPLY WITH COURT |
| | ) | ORDERS |
| | ) | |
| ON HABEAS CORPUS, | ) | [Docs. #3,4,5] |
| | ) | |
| Respondent. | ) | |

     Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

     On October 20, 2010, the Court issued an Order directing Petitioner to submit a consent/decline form indicating whether Petitioner will consent or decline to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c). He was granted thirty (30) days to comply. Over thirty (30) days passed and Petitioner did not comply. On December 9, 2010, a second order directing Petitioner to file a consent/decline form was issued. The time granted to Petitioner to comply passed again with no response from Petitioner. On January 24, 2011, a third order was issued. Again, Petitioner failed to comply.

     Local Rule 110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

     Accordingly, Petitioner is HEREBY ORDERED to, within fourteen (14) days of service of

1 this order, SHOW CAUSE why the petition should not be summarily dismissed for failing to comply
2 with a court order.

4    IT IS SO ORDERED.

5    **Dated:**   **March 21, 2011**            /s/ **Gary S. Austin**
                                                               UNITED STATES MAGISTRATE JUDGE