# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO FUNTANILLA, JR.,        )<br>                                                         )<br>                    Petitioner,        )<br>                                                         )<br>         v.                                           )<br>                                                         )<br>ON HABEAS CORPUS,                )<br>                                                         )<br>                    Respondent.    )<br>_____) | 1:10-CV-01946 GSA HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH A COURT ORDER<br>[Doc. #6]<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE TO CASE<br>[Doc. #7] |

On March 21, 2011, the Court ordered Petitioner to show cause why the petition should not be dismissed for failure to follow a court order. On March 28, 2011, Petitioner filed a response to the order to show cause. Petitioner provides several compelling reasons why a consent/decline form was not received by the Court. He has also complied with the Court's order and filed a completed consent/decline form indicating decline to magistrate judge jurisdiction.

IT IS HEREBY ORDERED that the Order to Show Cause dated March 21, 2011, is DISCHARGED, and the Clerk of Court is DIRECTED to randomly assign a district judge to the case pursuant to Petitioner's decline.

IT IS SO ORDERED.

Dated:   **April 5, 2011**                              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE